Thad M. Scroggins, Esq., SBN 299453
**THE LAW OFFICE OF THAD M. SCROGGINS**
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
Tel: (626) 993-6715
Fax: (626) 226-5594
thad@scrogginsesq.com

Attorneys for Plaintiff, ANTON INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ANTON INTERNATIONAL, INC., a California corporation;<br><br>　　　　　Plaintiff,<br>v.<br><br>CHUNHONG ZHANG, an individual, and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No. 5:21-cv-00120-JWH-KKx<br><br>Honorable John W. Holcomb Presiding<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATION OF CHUNHONG ZHANG AND DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Opposition Brief; [Proposed] Order]<br><br>Hearing Date: March 26, 2021<br>Time: 09:00 a.m.<br>Courtroom: 2 |

　　　Plaintiff, ANTON INTERNATIONAL, INC. ("Plaintiff") sets forth the following written objections to the evidence submitted by Defendant, CHUNHONG ZHANG ("Defendant") in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

# DECLARATION OF CHUNHONG ZHANG

## Objection 1

**Evidence:** Paragraph 2, Chunhong Zhang declares, "The product pictured product bear the same graphic artwork."

**Grounds for Objection:** Plaintiff objects to paragraph 2 of the Declaration of Chunhong Zhang as lacking foundation. Furthermore, this paragraph is vague, ambiguous and confusing.

## Objection 2

**Evidence:** Paragraph 3, Chunhong Zhang declares, "To facilitate this Court's comparison of the artwork on the pictured product (as shown in the Complaint) to the artwork used by Plaintiff (also shown in the Complaint), I attach to this Declaration as Exhibit 1 a true and correct copy of the graphic artwork used on the product pictured in the Complaint."

**Grounds for Objection:** Plaintiff objects to paragraph 3 of the Declaration of Chunhong Zhang as lacking foundation. Furthermore, this paragraph is vague and ambiguous.

## EXHIBIT A TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**Evidence:** Exhibit A is the alleged dictionary definition of the term "unicorn" from the current edition of the Merriam-Webster Dictionary.

**Grounds for Objection:** Plaintiff objects on the grounds that this evidence is irrelevant. Any matter to be judicially noticed must be relevant to the issues in the case, regardless of whether it is not reasonably disputable. *Vallot v. Central GulfLines, Inc.,* 641 F.2d 347, 350 (5th Cir. 1981).

## EXHIBIT B TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**Evidence:** Exhibit B is the alleged entry for "unicorn" from the Encyclopedia Britannica.

**Grounds for Objection:** Plaintiff objects on the grounds that this evidence is irrelevant. Any matter to be judicially noticed must be relevant to the issues in the case, regardless

2

PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATION OF CHUNHONG ZHANG AND DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

of whether it is not reasonably disputable. *Vallot v. Central GulfLines, Inc.,* 641 F.2d 347, 350 (5th Cir. 1981).

Dated: March 5, 2021  **THE LAW OFFICE OF THAD M. SCROGGINS**

By: /s/ Thad M. Scroggins
Thad M. Scroggins, Esq.
Attorney for Plaintiff,
ANTON INTERNATIONAL, INC.