JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON INTERNATIONAL, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHUNHONG ZHANG, an individual, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 5:21-cv-00120-JWH-KKx<br><br>**JUDGMENT** |

In accordance with the Order filed concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. Judgment in the above-captioned is entered in **FAVOR** of Defendant Chunhong Zhang and **AGAINST** Plaintiff Anton International.

2. Fictitiously named Defendants Does 1 through 50 are **DISMISSED**.

3. Plaintiff Anton International shall recover nothing on its Complaint, and this action is **DISMISSED** on the merits.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 26, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE